ORIGINAL

DARREN S. TESHIMA (STATE BAR NO. 238875)
dteshima@orrick.com
ROLAND CHANG (STATE BAR NO. 271511)
rdchang@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone:  415-773-5700
Facsimile:   415-773-5759

Attorneys for Plaintiffs
BRADEN PARTNERS, LP and
TEIJIN PHARMA USA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRADEN PARTNERS, LP, d/b/a PACIFIC PULMONARY SERVICES, a California limited partnership, and TEIJIN PHARMA USA, LLC, d/b/a PACIFIC PULMONARY SERVICES, a Delaware limited liability company;

   Plaintiffs,

  v.

TWIN CITY FIRE INSURANCE COMPANY, a Connecticut corporation;

   Defendant.

Case No. CV 14 1689  MEJ

REDACTED

BRADEN PARTNERS, LP'S AND TEIJIN PHARMA USA, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE COMPLAINT FOR DECLARATORY RELIEF, BREACH OF CONTRACT, AND BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING



|   |   |
|---|---|
| 1 | Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs Braden Partners, LP, doing |
| 2 | business as Pacific Pulmonary Services ("Pacific Pulmonary Services") and Teijin Pharma USA, |
| 3 | LLC (together, "Plaintiffs"), respectfully submit this Administrative Motion for Leave to File |
| 4 | Under Seal (the "Administrative Motion") portions of Plaintiffs' Complaint for Declaratory |
| 5 | Relief, Breach of Contract, and Breach of the Covenant of Good Faith and Fair Dealing (the |
| 6 | "Complaint"), the Administrative Motion, filed concurrently with the Complaint, and the |
| 7 | Declaration of Darren S. Teshima, filed in support of the Administrative Motion. |
| 8 | The Complaint, Administrative Motion, and Teshima Declaration contain confidential |
| 9 | information that must be sealed from the public record.  Specifically, the Complaint alleges that |
| 10 | defendant Twin City Fire Insurance Company ("Twin City") breached its contractual obligations |
| 11 | to Plaintiffs by wrongfully denying coverage and refusing to advance defense costs to Plaintiffs in |
| 12 | connection with: ■■■ |
| 13-23 | ■■■ |
| 24 | Federal law requires that the Claim must be sealed from the public record. ■■■ |
| 25-28 | ■■■ |

-1-

[REDACTED] BRADEN PARTNERS, LP'S AND TEIJIN PHARMA USA, LLC'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

16       Because the Complaint, Administrative Motion, and Teshima Declaration discuss the
17   specific content and existence of the Claim, the Court should grant Plaintiffs' Administrative
18   Motion. Pursuant to Civil Local Rule 79-5, Plaintiffs will lodge full copies of the Insurance
19   Complaint, Administrative Motion and Teshima Declaration, and redacted versions of the
20   documents that can be filed into the public record if the Court grants the sealing order.

21   Dated: April 10, 2014

                        DARREN S. TESHIMA
                        ROLAND CHANG
                        Orrick, Herrington & Sutcliffe LLP

                        By: _____
                              DARREN S. TESHIMA
                              Attorneys for Plaintiffs
                              BRADEN PARTNERS, LP and
                              TEIJIN PHARMA USA, LLC

22
23
24
25
26
27
28