1    Dean B. Herman (SBN 076752)
     Steven S. Son (SBN 265921)
2    KAUFMAN, DOLOWICH & VOLUCK, LLP
     11755 Wilshire Boulevard, Suite 2400
3    Los Angeles, California 90025
     Tel: (310) 775-6511 / Fax: (310) 575-9720

4
     Michael D. Mulvaney (*pro hac vice*)
5    Christopher C. Frost (*pro hac vice*)
     MAYNARD, COOPER & GALE, P.C.
6    1901 Sixth Avenue North
     2400 Regions Harbert Plaza
7    Birmingham, Alabama 35203
     Tel: (205) 254-1000 / Fax: (205) 254-1999

8
     Attorneys for Defendant
9    TWIN CITY FIRE INSURANCE COMPANY

10                   **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
11

12   BRADEN PARTNERS, LP, *et al.*,          )  Case No. 14-cv-01689
                                             )
13              Plaintiffs,                  )  Honorable Jon S. Tigar
                                             )
14        v.                                 )  **REDACTED**
                                             )
15                                           )  **TWIN CITY FIRE INSURANCE COMPANY'S**
     TWIN CITY FIRE INSURANCE               )  **ADMINISTRATIVE MOTION TO FILE**
16   COMPANY,                                )  **UNDER SEAL RE: MOTION TO DISMISS**
                                             )
17              Defendant.                   )
                                             )
18                                           )
                                             )
19   _____       )

20

21   TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

22        Pursuant to L.R. 7-11 and 79-5, Defendant Twin City Fire Insurance Company ("Twin City")

23   respectfully submits this Administrative Motion to File Under Seal (the "Administrative Motion") the

24   following: (1) portions of Twin City's Motion to Dismiss Plaintiffs Braden Partners, LP d/b/a Pacific

25   Pulmonary Services ("Pacific Pulmonary Services") and Teijin Pharma USA, LLC's (collectively

26   "Plaintiffs") Complaint; (2) ██████████████████████████████████████

27   ████████████████████████████████████████████████████████████████

28
                                          - 1 -



(3)

; (4) Twin City's
Administrative Motion; (5) the Declaration of Steven S. Son ("Son Declaration") filed in support of
Twin City's Administrative Motion; (6)
; and (7)
.

     Twin City's Motion to Dismiss, the      and the     (which are
attached as exhibits to Twin City's Motion to Dismiss), Twin City's Administrative Motion and the
Son Declaration filed in support thereof, and the
. Specifically, Twin City's Motion to Dismiss
argues that the General Partners' Liability Policy Twin City issued to Braden Partners, LP under
Policy No. 00 DB 0271037-11 (the "Policy") does not cover Plaintiffs' losses stemming from (1)
or (2) the      . The Motion to Dismiss

     Federal law requires that the      and the    , and any reference to the
same, must be sealed from the public record.

Similarly,

Twin City was informed
that

1

2

3          Because the Motion to Dismiss, the ███████████ and the ██████████ (which are

4   attached as exhibits to Twin City's Motion to Dismiss), Twin City's Administrative Motion and the

5   Son Declaration in support thereof, and the ████████████████████████████████████

6   ███████████████████████████████, the Court should grant Twin City's

7   Administrative Motion.  Pursuant to L.R. 79-5, Twin City will lodge full non-redacted copies of these

8   documents, and redacted versions of the documents that can be filed into the public record, if the

9   Court grants the sealing order.

10

11  Dated: June 6, 2014                          KAUFMAN, DOLOWICH & VOLUCK, LLP

12

13                                              By: /s  Steven S. Son

14                                                 Dean B. Herman
                                                   Steven S. Son
15                                              Attorneys for Defendant TWIN CITY FIRE
                                                INSURANCE COMPANY
16

17

18  OF COUNSEL:
    Michael D. Mulvaney (*pro hac*)
19  Christopher C. Frost (*pro hac*)
20  MAYNARD, COOPER & GALE, P.C.
    2400 Regions/Harbert Plaza
21  1901 Sixth Avenue North
    Birmingham, Alabama  35203
22  Tel: (205) 254-1000 / Fax: (205) 254-1999

23

24

25

26

27

28

[REDACTED]
TWIN CITY FIRE INSURANCE COMPANY'S ADMINISTRATIVE MOTION
TO FILE UNDER SEAL RE: MOTION TO DISMISS