UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADEN PARTNERS, LP, et al., Plaintiffs, v. TWIN CITY FIRE INSURANCE COMPANY, Defendant. | Case No. 14-cv-01689-JST **ORDER DIRECTING CLERK TO TERMINATE ADMINISTRATIVE MOTION TO FILE UNDER SEAL** Re: ECF No. 24 |

The Court is in receipt of Defendant Twin City Fire Insurance Company's Administrative Motion To File Under Seal. ECF No. 24. The Motion fails to comply with this Court's Standing Order Governing Administrative Motions to File Under Seal (cand.uscourts.gov/jstorders) ("Standing Order") and with Civil Local Rule 79-5.

Specifically, Twin City fails to: (1) include a statement that it has reviewed and complied with both the Standing Order and Local Rule 79-5, see Standing Order at 1; (2) include a statement identifying the entity that has designated each document to be sealed as confidential, Local Rule 79-5(e); (3) include a declaration that establishes why the documents should be filed under seal. Local Rule 79-5(d)(1)(A) (the filing party included a declaration, but, because the declaration is redacted, it does not establish why the documents should be filed under seal); (4) include a proposed order narrowly tailored to seal only the sealable material and that lists in table format each document or portion thereof the party wishes to seal, Local Rule 79-5(d)(1)(B); (5) include a redacted version of the document sought to be filed under seal, on which is prominently displayed: "REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED," Local Rule 79-5(d)(1)(C); and (6) include an un-redacted version of the document sought to be filed

under seal, on which is prominently displayed: "UNREDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED," Local Rule 79-5(d)(1)(D).

The Court directs the Clerk of Court to terminate Twin City's motion. If Twin City wishes to re-file its motion, it is directed to do so only after consulting both this Court's Standing Order and the Local Rule. Twin City should also note that this Order does not detail every requirement contained in the Standing Order and the Local Rule.

Twin City is also reminded that if the motion itself is filed in redacted form, the Court cannot resolve the motion because the Court will have insufficient information on which to base its order. The motion itself may be brief in length, in unredacted form, and may refer to other sealed documents that specifically identify the information the party wishes to have sealed and explain the reasons for that request. The filing party is invited to review similar motions filed by parties in other cases for guidance.

Finally, when submitting to ECF documents that the filing party wishes to be sealed, the party can choose—by checking a box—to keep these documents under seal pending resolution of the motion.

This order does not constitute a denial for purposes of Local Rule 79-5(f). If, however, the filing party does not file a motion that complies with all of the requirements of the Local Rule and the Court's Standing Order, the documents the filing party wishes to seal will be filed publicly.

**IT IS SO ORDERED.**

Dated: June 9, 2014

_____
JON S. TIGAR
United States District Judge