Dean B. Herman (SBN 076752)
Steven S. Son (SBN 265921)
KAUFMAN, DOLOWICH & VOLUCK, LLP
11755 Wilshire Boulevard, Suite 2400
Los Angeles, California 90025
Tel: (310) 775-6511 / Fax: (310) 575-9720

Michael D. Mulvaney (*pro hac vice*)
Christopher C. Frost (*pro hac vice*)
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, Alabama 35203
Tel: (205) 254-1000 / Fax: (205) 254-1999

Attorneys for Defendant
TWIN CITY FIRE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRADEN PARTNERS, LP, *et al.*, | ) Case No. 14-cv-01689 |
| Plaintiffs, | ) Hon. Jon S. Tigar |
| v. | ) [PROPOSED] **ORDER ON JOINT STIPULATION TO CONTINUE HEARING DATE AND SET BRIEFING SCHEDULE ON TWIN CITY'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |
| TWIN CITY FIRE INSURANCE COMPANY, | |
| Defendant. | ) Date:       July 24, 2014<br>) Time:       2:00 p.m.<br>) Courtroom:  9<br>) Complaint Filed:  April 11, 2014<br>) Trial Date:       None Assigned |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to the joint stipulation entered into by and between Plaintiffs Braden Partners, LP and Teijin Pharma USA, LLC (collectively "Plaintiffs") on the one hand, and Defendant Twin City Fire Insurance Company ("Twin City") on the other hand, and good cause appearing for the reasons set forth in said joint stipulation, this Court orders:

The hearing date on Twin City's Motion to Dismiss Plaintiffs' Complaint is continued from July 24, 2014, to August 21, 2014, at 2:00 p.m., in Courtroom 9 of the United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California 94102;

Plaintiffs' Opposition to Twin City's Motion to Dismiss must be filed and served by July 10, 2014; and

Twin City's Reply in support of its Motion to Dismiss be filed and served by July 31, 2014.

IT IS SO ORDERED.

Date: June 19, 2014

*IT IS SO ORDERED.*
*Judge Jon S. Tigar*