United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRADEN PARTNERS, LP, et al.,

    Plaintiffs,

v.

TWIN CITY FIRE INSURANCE COMPANY,

    Defendant.

Case No. 14-cv-01689-JST

**ORDER DIRECTING CLERK TO TERMINATE ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Re: ECF Nos. 33, 34

The Court directs the Clerk of Court to terminate the administrative motion to file under seal and associated documents at ECF Nos. 33 and 34. Plaintiffs are directed to re-file their motion after consulting this Order.

As the Court advised Defendant in response to its motion to file under seal, ECF No. 24, the administrative motion, itself, cannot be filed under seal. See ECF No. 27. Instead, the administrative motion to file under seal may be brief in length, in unredacted form, and may refer to sealable documents that specifically identify the information the party wishes to have sealed and explain the reasons for that request. Plaintiffs may wish to consult Defendant's successful motion at ECF No. 28 for guidance. If Plaintiffs re-file their motion, they shall submit new chambers' copies of the documents sought to be sealed *only* if Plaintiffs have altered their proposed redactions. Otherwise, the Court will use the chambers copies Plaintiffs have already supplied. This Order does not operate as a denial for purposes of Civil Local Rule 79-5(f).

**IT IS SO ORDERED.**

Dated: July 16, 2014

_____
JON S. TIGAR
United States District Judge