UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADEN PARTNERS, LP, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TWIN CITY FIRE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 14-cv-01689-JST<br><br>**MINUTE ORDER NOTING DISCOVERY LETTER BRIEF**<br><br>Re: ECF Nos. 75, 76 |

The Court has received the joint discovery letter brief submitted by Braden Partners. ECF Nos. 75, 76. As discussed in that letter brief, Twin City's objection to the production of discovery hinges on the disposition of Twin City's pending motion for judgment on the pleadings, ECF No. 66. Because the motion for judgment on the pleadings is set for hearing on April 9, 2015, the Court will defer consideration of the joint discovery letter brief until after that hearing.

IT IS SO ORDERED.

Dated: March 30, 2015

_____
JON S. TIGAR
United States District Judge