DARREN S. TESHIMA (STATE BAR NO. 238875)
dteshima@orrick.com
HARRY J. MOREN (STATE BAR NO. 284311)
hmoren@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:     415-773-5700
Facsimile:      415-773-5759

Attorneys for Plaintiffs
BRADEN PARTNERS, LP and
TEIJIN PHARMA USA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADEN PARTNERS, LP, d/b/a PACIFIC PULMONARY SERVICES, a California limited partnership, and TEIJIN PHARMA USA, LLC, d/b/a PACIFIC PULMONARY SERVICES, a Delaware limited liability company;<br><br>Plaintiffs,<br><br>v.<br><br>TWIN CITY FIRE INSURANCE COMPANY, a Connecticut corporation;<br><br>Defendant. | Case No. 14-cv-01689-JST<br><br>**STIPULATION REGARDING BRIEFING AND HEARING SCHEDULE FOR CROSS MOTIONS FOR PARTIAL SUMMARY JUDGMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

   Pursuant to Civil Local Rule 7-12, Plaintiffs Braden Partners, LP, and Teijin Pharma USA, LLC (together, "Pacific Pulmonary Services") on the one hand, and Defendant Twin City Fire Insurance Company ("Twin City") on the other hand, by and through their counsel of record herein, stipulate as follows:

## RECITALS

WHEREAS on April 5, 2016, the Court issued a Scheduling Order, which set the deadline to file dispositive motions as October 28, 2016, ECF No. 132;

WHEREAS the parties anticipate filing cross motions for partial summary judgement on Plaintiffs' First Claim for Relief (Declaratory Relief to Establish the Duty to Advance Defense Costs for the Claim); and

WHEREAS on August 19, 2016, during a telephonic case management conference, the Court invited the parties to "file a stipulation with proposed briefing and hearing schedule for their anticipated cross motions for summary judgment," ECF No. 143.

## IT IS HEREBY STIPULATED AND AGREED:

That the parties may file their anticipated cross motions for partial summary judgment on Plaintiffs' First Claim for Relief according to the following proposed briefing and hearing schedule.

| Event | Deadline |
| --- | --- |
| Motions due | September 29, 2016 |
| Oppositions due | October 20, 2016 |
| Replies due | November 3, 2016 |
| Hearing | December 1, 2016 at 2:00 p.m. |

//
//
//
//
//
//
//
//
//

Respectfully submitted,

Dated: August 24, 2016          MAYNARD, COOPER & GALE, P.C.

By:   */s/ Christopher C. Frost*
CHRISTOPHER C. FROST
Attorneys for Defendant
TWIN CITY FIRE INSURANCE COMPANY

Dated: August 24, 2016          ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   */s/ Darren S. Teshima*
DARREN S. TESHIMA
Attorneys for Plaintiffs
BRADEN PARTNERS, LP and
TEIJIN PHARMA USA, LLC

The filer of this document attests that concurrence in the filing has been obtained from the other signatory, Christopher C. Frost of Maynard, Cooper & Gale, P.C.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   */s/ Darren S. Teshima*
DARREN S. TESHIMA
Attorneys for Plaintiffs
BRADEN PARTNERS, LP and
TEIJIN PHARMA USA, LLC

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 24, 2016

JON S. TIGAR
United States District Judge