DARREN S. TESHIMA (STATE BAR NO. 238875)
dteshima@orrick.com
HARRY J. MOREN (STATE BAR NO. 284311)
hmoren@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone: 415-773-5700
Facsimile: 415-773-5759

Attorneys for Plaintiffs
BRADEN PARTNERS, LP and TEIJIN PHARMA USA, LLC

MICHAEL D. MULVANEY (*pro hac vice*)
mmulvaney@maynardcooper.com
CHRISTOPHER C. FROST (*pro hac vice*)
cfrost@maynardcooper.com
JOHN A. LITTLE, JR. (*pro hac vice*)
jlittle@maynardcooper.com
ALEXANDRA V. DRURY (SBN 291920)
adrury@maynardcooper.com
MAYNARD, COOPER AND GALE, LLP
600 Montgomery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 704-7433
Facsimile: (205) 714-6415

Attorneys for Defendant
TWIN CITY FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADEN PARTNERS, LP, d/b/a PACIFIC PULMONARY SERVICES, a California limited partnership, and TEIJIN PHARMA USA, LLC, d/b/a PACIFIC PULMONARY SERVICES, a Delaware limited liability company;<br><br>    Plaintiffs,<br><br>    v.<br><br>TWIN CITY FIRE INSURANCE COMPANY, a Connecticut corporation;<br><br>    Defendant. | Case No. 14-cv-01689-JST<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Civil Local Rule 7-12, Plaintiffs Braden Partners, LP, and Teijin Pharma USA, LLC (together, "Pacific Pulmonary Services") on the one hand, and Defendant Twin City Fire Insurance Company ("Twin City") on the other hand, by and through their respective undersigned counsel of record, hereby stipulate as follows:

**RECITALS**

WHEREAS, on April 11, 2014, Pacific Pulmonary Services initiated the above-captioned coverage action against Twin City regarding Twin City's coverage obligations related to certain underlying claims, ECF No. 1, and amended its complaint on August 28, 2015, ECF No. 103;

WHEREAS, on December 20, 2016, the Court issued an order regarding the parties' cross-motions for partial summary judgment, ECF No. 169;

WHEREAS, in January 2017, Twin City noticed an appeal of the Court's December 20, 2016 order to the U.S. Court of Appeals for the Ninth Circuit, No. 17-15136; and

WHEREAS, on April 13, 2017, Pacific Pulmonary Services and Twin City entered into a settlement agreement resolving Pacific Pulmonary Services' claims in this coverage action and Twin City's coverage appeal;

**IT IS HEREBY STIPULATED AND AGREED**

by and between Pacific Pulmonary Services and Twin City pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action shall be dismissed with prejudice with each party bearing its own attorneys' fees, costs and expenses.

//
//
//
//
//
//
//

Respectfully submitted,

Dated: April 25, 2017            MAYNARD, COOPER & GALE, LLP

By:   */s/ Christopher C. Frost*
      CHRISTOPHER C. FROST
      Attorneys for Defendant
      TWIN CITY FIRE INSURANCE COMPANY


Dated: April 25, 2017            ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   */s/ Darren S. Teshima*
      DARREN S. TESHIMA
      Attorneys for Plaintiffs
      BRADEN PARTNERS, LP and
      TEIJIN PHARMA USA, LLC

The filer of this document attests that concurrence in the filing has been obtained from the other signatory, Christopher C. Frost of Maynard, Cooper & Gale, LLC.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   */s/ Darren S. Teshima*
      DARREN S. TESHIMA
      Attorneys for Plaintiffs
      BRADEN PARTNERS, LP and
      TEIJIN PHARMA USA, LLC

### **[PROPOSED] ORDER**

**PURSUANT TO STIPULATION,** the Court hereby dismisses this action with prejudice.

**IT IS SO ORDERED.**

Dated: April 26, 2017

_____
JON S. TIGAR
United States District Judge